AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| MARIA CONIGLIARO,<br><br>*Plaintiff(s)*<br>v.<br>CLASSICA CRUISE OPERATOR, LTD., INC., a Foreign Profit Corporation,<br><br>*Defendant(s)* | Civil Action No. 0:19-cv-60968-WPD |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  CLASSICA CRUISE OPERATOR, LTD., INC.
c/o CT Corporation System, as Registered Agent
1200 South Pine Island Road
Plantation, Florida 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brandon L. Chase, Esq.
LAW OFFICES OF BRANDON L. CHASE, P.A.
2800 Ponce de Leon Blvd., Suite 1100, Coral Gables, Florida 33134
Tel (305) 677-2228
Fax (305) 677-3232

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Apr 16, 2019

Angela E. Noble
Clerk of Court

*s/ Valerie Martinez*
Deputy Clerk
U.S. District Courts